JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL KELMAR,<br><br>        Plaintiff(s),<br><br>VS.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>        Defendant(s). | Case No. CV 12-06826-PSG-RGK-SH<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On February 28, 2013, an Order to Show Cause re Dismissal re Lack of Prosecution was issued, requiring a response by March 8, 2013 (DE 184). On March 8, 2013, plaintiff filed a response to the Order to Show Cause.

The Court does not find that any good cause exists for failure to timely serve the summons and complaint, and orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: March 12, 2013

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE